IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LISA CORINNE CHAVEZ,**  3:14-CV-01178-JE

       **Plaintiff,**  ORDER

v.

**CAROLYN W. COLVIN,**
**Commissioner, Social Security**
**Administration,**

       **Defendant.**

**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#24) on July 25, 2016, in which he recommends this Court reverse and remand the Commissioner's decision denying Plaintiff's applications for supplemental security income benefits and disability insurance benefits for further administrative proceedings. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#24). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this 19th day of August, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER